UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUGLAND, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CANNON COCHRAN MANAGEMENT SERVICES, INC., a Delaware Corporation; SUSAN ALMODOVA, an individual; and DOES 1–50, inclusive,<br><br>    Defendants. | Case No. 8:24-00532-JWH-ADS<br><br>**PARTIAL JUDGMENT PURSUANT TO RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to the "Order Granting Request of Defendant Susan Almadova for Entry of Judgment [ECF No. 81]" entered substantially contemporaneously herewith, and in accordance with Rules 54(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. **JUDGMENT** is entered in **FAVOR** of Defendant Susan Almadova and **AGAINST** Plaintiff William Hougland on Plaintiff William Hougland's claim for relief against Defendant Susan Almadova. Plaintiff William Hougland shall take nothing on his Complaint against Defendant Susan Almadova.

3. Defendant Susan Almadova is **DISMISSED** from this action.

4. Defendant Susan Almadova may seek post-judgment remedies under Rule 54(d) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 4, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE